

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA



| | |
|---|---|
| PEDRO MARIN,<br>　　　　　　Plaintiff,<br>　v.<br>ANDREW JACOBS, INC.,<br>OSCAR BARRIOS, and<br>YIORGIS HATZINIKOLAO,<br>　　　　　　Defendants. | CIVIL ACTION<br><br>No. _____ 17  1565 |

FILED
APR 06 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## MOTION TO PROCEED IN FORMA PAUPERIS

Plaintiff, Pedro Marin, by his attorney, moves this Court for an Order permitting him to file this action *in forma pauperis* without being required to pay fees and costs or give security for them because, as his attached affidavit indicates, he is unable to pay such costs or give security therefore.

_____
Seth Lyons
COMMUNITY LEGAL SERVICES
1424 Chestnut Street
Philadelphia, PA 19102-2505
(215) 981-3790

Plaintiff's Counsel

April 6, 2017



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PEDRO MARIN,<br>                Plaintiff,<br>v.<br>ANDREW JACOBS, INC.,<br>OSCAR BARRIOS, and<br>YIORGIS HATZINIKOLAO,<br>                Defendants. | CIVIL ACTION<br>No. _____ 17 1565 |

### AFFIDAVIT OF PEDRO MARIN IN SUPPORT OF
### MOTION TO PROCEED IN FORMA PAUPERIS

I, Pedro Marin, hereby declare that:

1. I am the plaintiff in the above-captioned matter.

2. The complaint in the above-captioned matter has been sight-translated to me in Spanish. I know the contents of the complaint in the above-captioned matter and believe them to be true, and further believe, upon advice of counsel, that I am entitled to the relief sought in this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq*.

3. Because of my poverty, I am unable to pay the costs for proceeding in this action.

4. I pay $400-500 per month for electric and $150-$200 per month for water. My wife pays the mortgage, which is about $1,350 per month. My wife and I spend $1,000 per month on food for us and my stepdaughter. I send my children who do not live with me $600 per month for food, housing, clothes, and other basic necessities.

5. I am currently working part-time cleaning a local high school. I earn $640 per month. My wife makes $3,000 per month as the manager of an apartment building in Philadelphia, PA.

6. I have no other source of income.

7. I do not have sufficient income to pay for the necessities of life, let alone the filing fee for this action.

8. I am represented by Community Legal Services Inc., a non-profit legal services agency that provides free legal representation to people who cannot afford to hire an attorney.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief. This document was sight-translated into Spanish for me.

DATE: 03-30-17           _____
                          PEDRO MARIN



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PEDRO MARIN,<br>　　　　　　　Plaintiff,<br>　v.<br>ANDREW JACOBS, INC.,<br>OSCAR BARRIOS, and<br>YIORGIS HATZINIKOLAO,<br>　　　　　　　Defendants. | CIVIL ACTION<br><br>No. _____ |

## ORDER

AND NOW, this _____ day of _____, 2017, it is ORDERED that the Motion to Proceed In Forma Pauperis is granted.

BY THE COURT:

_____

US District Judge